UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                      *

   MICHAEL D. JONES, JR.          *       Case No. 16-22221-MMH

                                   *             Chapter 13

      Debtor                       *

*       *       *       *       *    *       *

**NOTICE OF FINAL CURE PAYMENT AND OPPORTUNITY FOR HEARING**

NOTICE IS HEREBY GIVEN by Gerard R. Vetter, Interim Chapter 13 Trustee, pursuant to Bankruptcy Rule 3002.1(f), that the Debtor has paid in full the amount required to cure the default on the claim secured by the principal residence of the Debtor(s), as evidenced by the proof of claim allowed in this case and funded by the confirmed plan. The Trustee payments were made under the claim filed by or on behalf of (or assigned to):

(Court Claim No. 4)
US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501
Redacted Account No:  0628

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts not provided for and funded in the plan in this case.

**THE PARTIES ARE HEREBY NOTIFIED:**

Pursuant to Bankruptcy Rule 3002.1(g), **within 21 days after service of this Notice**, the holder of the secured claim, or assignee, shall file and serve on the Debtor(s), the attorney for the Debtor(s), and the Trustee, a statement indicating (1) whether it agrees that the Debtor has paid in full the amount required to cure the default and (2) whether, consistent with 11 U.S.C. §1322(b)(5), the Debtor is otherwise current on all payments. The statement shall itemize any required cure or post-petition amounts that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.  Upon the timely filing of a statement by the claimant, the Debtor(s) or the Trustee may file within 21 days a motion requesting a hearing to determine whether the amount required to cure the default and all required post-petition amounts have been paid in full.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice, the Court may enter an order declaring that the Debtor(s) has/have cured the default and that no amounts are unpaid as of the date of this Notice.**

Date:  September 29, 2021                    /s/  *Gerard R. Vetter*
                                                    Gerard R. Vetter, Interim Trustee
                                                   300 E Joppa Road, Suite #409
                                                   Towson, MD  21286
                                                   (410) 825-5923
                                                   inquiries@ch13balt.com
                                                   Interim Chapter 13 Trustee

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of September, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Final Cure Payment will be served electronically by the Court's CM/ECF system on the following:

      Christopher Tadeus Peck cpeck@mtglaw.com ecfnotifications@mtglaw.com
      Jeffrey M. Sirody smeyers5@hotmail.com
      sffecf@gmail.com,sfaecf@gmail.com,garyp@sirody.com,jsaecf@gmail.com,sirodyjr47896@notify.bestcase.com
      Joshua Welborn bankruptcymd@mwc-law.com
      bankruptcymd@ecf.inforuptcy.com
      Keith Yacko kyacko@mtglaw.com ecfnotifications@mtglaw.com
      Kristine D Brown LOGSECF@logs.com
      Leah Christina Freedman bankruptcy@bww-law.com leah.freedman@bww-law.com
      Michael J. Klima bankruptcy@peroutkalaw.com
      Richard Rogers rrogers@cgd-law.com bankruptcyecf@cgdlaw.com,estamas@cgd-law.com,bbush@cgd-law.com
      William M. Savage LOGSECF@logs.com

      I hereby certify that on the 29th day of September, 2021, a copy of the Notice of Final Cure Payment was also mailed first class mail, postage prepaid to:

MICHAEL D. JONES, JR.
3000 CASCADE DRIVE
ABINGDON, MD 21009

US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

JESSICA WATSON
TRANSFEEE'S AGENT
US BANK TRUST NATIONAL ASSOCIATION
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET & LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

                                                 */s/  Gerard R. Vetter*
                                                 Gerard R. Vetter, Interim Trustee